## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS HARTLOVE AND JANET HARTLOVE, H/W,

    Petitioners

    v.

LEE F. PARKS,

    Respondent

:   No. 150 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 26th day of November, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.